Argued December 7, 1966, affirmed March 1, 1967

ISENHOWER, *Respondent, v.* STATE INDUS-
TRIAL ACCIDENT COMMISSION,
*Appellant.*

424 P. 2d 216

*Quintin B. Estell,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Robert Y. Thornton, Attorney General, and Wallace Carpenter, Assistant Attorney General, Salem.

No appearance by respondent.

Before McALLISTER, Chief Justice, and PERRY, O'CONNELL, DENECKE and REDDING, Justices.

PER CURIAM.

Defendant appeals from a judgment allowing plaintiff increased compensation for the aggravation of a back injury suffered while at work.

Defendant contends that there is no evidence to

prove aggravation. Further defendant contends that even if it is assumed that there was such evidence, the aggravation could have been the result of a previous back condition and there was no evidence to show that the aggravation resulted from the industrial injury rather than from the previous condition.

We are of the opinion that there was sufficient evidence to support the verdict.

Judgment affirmed.